United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ERIC BONVOULOIR, <br> Defendant. | Case No.: CR 13-00743-CW (KAW) <br><br> DETENTION ORDER |

## I. DETENTION ORDER

Defendant Eric Bonvouloir is charged by indictment with a violation of 8 U.S.C. § 1326 (deported alien found in the United States).

At the November 15, 2013 hearing before this Court, Defendant was in custody and represented by Assistant Federal Public Defender John Paul Reichmuth. Special Assistant United States Attorney Amanda Beck appeared on behalf of the United States. The Court notes that Defendant is subject to an immigration hold issued by U.S. Immigration and Customs Enforcement ("ICE").

Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.

## II. CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: November 15, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge